IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FARMLAND MUTUAL**                                                  **PLAINTIFFS**
**INSURANCE COMPANY**

**VS.**                                   **CIVIL ACTION NO.: 3:13-cv-283-SA-JMV**

**PRODUCER GIN OF BELEN, ET AL.**                             **DEFENDANTS**

## ORDER

This matter is before the court following a status conference held on August 18, 2014. Plaintiff must substitute the John Doe defendants with the persons or entities whose identities are now known on or before forty-five (45) days from the date of this order. Following service of those parties and docketing of their responsive pleadings, a Case Management Conference will be promptly scheduled and held. The court will send a notice informing all parties of the date and time of such conference.

**SO ORDERED** this, the 18th day of August, 2014.

                                                       /s/ Jane M. Virden
                                                       **UNITED STATES MAGISTRATE JUDGE**