## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

FARMLAND MUTUAL INSURANCE COMPANY            PLAINTIFF
COMPANY

V.                            CIVIL ACTION NO. 3:13-CV-283-SA-JMV

PRODUCER GIN OF BELEN a/k/a PRODUCERS
GIN OF BELEN, INC.; ROBERT "JABY" DENTON;
CHARLES ANTICI FARMS; ROBERT "JABY" DENTON
d/b/a DENTON FARMS; GROVER LAWSON, III AND
VICKI LAWSON d/b/a RIVERSIDE FARMS; TEDFORD
PANG D/B/A TEDFORD PANG FARMS; ROBERT F.
WORKMAN, JR. AND ROBERT N. WORKMAN D/B/A
WORKMAN FARM; ; DAVID CARR d/b/a MASCOT PLANTING;
BIG SQUIRREL, INC.; LITTLE SQUIRREL, INC.; AMBILL FARMS,
INC.; PENNYWISE, INC.; COOKE COTTON, INC.;
CHARLES WALKER FARMS; CHARLES BALDUCCI AND GINA
BALDUCCI D/B/A RIVERDALE PLANTING; ROBERT AGOSTINELLI, JR.
AND JULIE AGOSTINELLI D/B/A RIVERDALE FARMS; CHARLES
BALDUCCI, ROBERT AGOSTINELLI, JR., MATTHEW AGOSTINELLI
AND BRADLEY BALDUCCI D/B/A SPENDTHRIFT FARMS; JOHN
DOES 1-10; AND JOHN DOE ENTITIES A-L           DEFENDANTS

PRODUCERS GIN OF BELEN, INC.            THIRD-PARTY PLAINTIFF

V.

RHYNE HOWARD AND
THE NOWELL AGENCY, INC.            THIRD-PARTY DEFENDANTS

---

### AGREED JUDGMENT DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT CHARLES ANTICI FARMS

---

**THIS DAY THIS CAUSE** came on to be heard on the joint motion, <u>ore tenus</u>, of all parties to dismiss the Plaintiff's claims against Defendant Charles Antici Farms with prejudice, and the parties having announced that the Plaintiff's claims against Defendant Charles Antici Farms have been fully compromised and settled, and that there remain no issues to be litigated by or between

the Plaintiff and Defendant Charles Antici Farms nor adjudicated and determined by the Court, and the Plaintiff and Defendant Charles Antici Farms having consented to the entry of this Judgment and agreeing that the Plaintiff's claims against Defendant Charles Antici Farms should be dismissed with prejudice, with each party to bear their own costs, and the Court being further advised in the premises finds that the motion is well taken and should be *granted*.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that the Plaintiff's claims against Defendant Charles Antici Farms be, and the same hereby are, dismissed with prejudice with each party to bear its own costs.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that the Plaintiff's remaining claims against all other Defendants are not dismissed, and that the style of the case will heretofore reflect that Defendant Charles Antici Farms is no longer a party to this lawsuit.

**SO ORDERED AND ADJUDGED**, THIS, the 11th day of December, 2014.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED:**

James R. Moore, Jr., Esq. (MSB # 3445)
Price W. Donahoo, Esq. (MSB #103223)
Copeland, Cook, Taylor & Bush, P.A.
Post Office Box 6020
Ridgeland, Mississippi 39158
jmoore@cctb.com
pdonahoo@cctb.com
ATTORNEYS FOR PLAINTIFF FARMLAND MUTUAL INSURANCE COMPANY

Charles M. Merkel, Jr., Esq. (MSB # 2884)
MERKEL & COCKE
Post Office Box 1388
Clarksdale, Mississippi 38614-1388
Phone:  (662) 627-9641
Fax:  (662) 627-3592
cmerkel@merkel-cocke.com
tconnell@merkel-cocke.com
ATTORNEY FOR DEFENDANT PRODUCERS
GIN OF BELEN, INC.

Gerald H. Jacks, Esq. (MSB# 3232)
JACKS LUCIANO, PA
Post Office Box 1209
Cleveland, Mississippi 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
gjacks@jlpalaw.com
ATTORNEY FOR DEFENDANT CHARLES ANTICI FARMS

Robert L. Moore, Esq. (MSB # 3458)
HEATON AND MOORE, P.C.
100 North Main Building, Suite 3400
Memphis, Tennessee 38103
Phone: (901) 526-5975
Fax: (901) 527-3633
Rmoore@heatonandmoore.com
ATTORNEY FOR DEFENDANT ROBERT "JABY" DENTON

Wade G. Manor, Esq. (MSB # 10167)
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 13847
Jackson, Mississippi  39236-3847
Phone: (601) 607-4800
Fax: (601) 607-4802
Wmanor@sssf-ms.com
ATTORNEY FOR THIRD PARTY DEFENDANTS RHYNE HOWARD
AND THE NOWELL AGENCY, INC.